Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Hana Parks

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HANA PARKS<br><br>                    Plaintiff,<br><br>     v.<br><br>TD BANK USA, N.A.<br><br>                    Defendant. | Case No.: 2:19-cv-08703-SK<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TD BANK USA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Hana Parks and defendant TD Bank USA, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TD Bank USA, N.A. within 30 days once the settlement is finalized.

                                             **Gale, Angelo, Johnson, & Pruett, P.C.**
Dated:        April 3, 2020                  /s/ *Joe Angelo*
                                             Joe Angelo
                                             Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1