# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-08703-SK | Date | April 3, 2020 |
|---|---|---|---|
| Title | Hana Parks v. TD Bank USA, N.A. | | |

**Present: The Honorable** Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

None present      None present

**Proceedings:** (IN CHAMBERS) **ORDER OF ADMINISTRATIVE CLOSURE UPON NOTICE OF SETTLEMENT**

In light of the notice of settlement (ECF No. 23), this action is ordered administratively closed and removed from the Court's active caseload until further application by the parties or separate court order. The parties shall file a proper stipulation for dismissal within **30 days** of the notice of settlement.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates and deadlines in this action are hereby **VACATED**.

IT IS SO ORDERED.