Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Hana Parks

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HANA PARKS,<br><br>        Plaintiff,<br><br>    vs.<br><br>TD BANK USA, N.A.<br>            Defendant. | Case No.: 2:19-cv-08703-SK<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, TD Bank USA, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 22, 2020

_____
Hon. Steve Kim
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER